UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE COUNTY OF SANTA CLARA,<br><br>　　　　Defendant. | Case No. 5:18-cv-03093-EJD<br><br>**PRETRIAL ORDER (JURY)**<br><br>Re: Dkt. No. 27 |

The above-entitled action is scheduled for a Trial Setting Conference on July 18, 2019. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Fact Discovery Cutoff | August 30, 2019 |
| Designation of Opening Experts with Reports | September 13, 2019 |
| Designation of Rebuttal Experts with Reports | October 11, 2019 |
| Expert Discovery Cutoff | October 25, 2019 |
| Dispositive Motion Deadline<br>(*see Section IV of Standing Order for Civil Cases*) | October 17, 2019 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on November 21, 2019 |
| Final Pretrial Conference | 11:00 a.m. on April 30, 2020 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | April 16, 2020 |

| Voir Dire Questions, Proposed Jury Instructions, Oppositions to Motions *in Limine* and Proposed Jury Verdict Forms | April 23, 2020 |
|---|---|
| Trial Exhibits | May 12, 2020 |
| Jury Selection | 9:00 a.m. on May 19, 2020 |
| Jury Trial[1] | May 19-20, 22, 26-27, 2020 |
| Jury Deliberations | May 28-29, 2020 |

IT IS FURTHER ORDERED that the parties shall participate in a settlement conference with Magistrate Judge Virginia K. DeMarchi before October 2, 2019 or as soon thereafter as is convenient for Magistrate Judge DeMarchi. The parties shall contact Magistrate Judge DeMarchi's chambers to schedule the settlement conference within 21 days of the date of this order. The Court acknowledges that Plaintiff requested ADR before the early neutral evaluator, but the Court finds a settlement conference to be more appropriate at this time.

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

---

[1] Jury trials are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2

Case No.: 5:18-cv-03093-EJD
PRETRIAL ORDER (JURY)

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: July 9, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-03093-EJD
PRETRIAL ORDER (JURY)
3